**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-1793**

―――――――――

ALLISON ALPHONSO ROSS,

Plaintiff - Appellant,

versus

UNIVERSITY OF SOUTH CAROLINA; GENE L. LUNA,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CA-99-984-3-17BD)

―――――――――

Submitted:  October 26, 2000        Decided:  November 1, 2000

―――――――――

Before WIDENER, MICHAEL, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Allison Alphonso Ross, Appellant Pro Se.  Jonathan Pharr Pearson,
C. Frederick W. Manning, II, ELLZEY & BROOKS, L.L.C., Columbia,
South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Allison Alphonso Ross appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.[*] Accordingly, we affirm substantially on the reasoning of the district court. See Ross v. University of South Carolina, No. CA-99-984-3-17BD (D.S.C. June 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Ross contends the district court misconstrued a statement by him when it rejected his First Amendment Claim. Even if this assertion is correct, the remaining evidence relied upon by the district court adequately supports its judgment.

2